# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | DRAGGO, KELSANG § | Case No. 11-17615 |
| | KEYZOM, TASHI § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
7th Floor
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 04/17/2012 in Courtroom 744, United States Courthouse Courthouse, 219 South Dearborn Street
Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/14/2012        By:    Ira Bodenstein
                                       Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: DRAGGO, KELSANG  § Case No. 11-17615
      KEYZOM, TASHI      §
                          §
Debtor(s)                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 23,460.23 |
| *and approved disbursements of* | $ 160.71 |
| *leaving a balance on hand of* [1] | $ 23,299.52 |
| **Balance on hand:** | $ 23,299.52 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 23,299.52 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 3,096.02 | 0.00 | 3,096.02 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,096.02 |
| Remaining balance: | $ 20,203.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 20,203.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 20,203.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for timely general unsecured claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 20,203.50 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,466,603.51 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Northbrook Bank & Trust, Co., successor to FDIC receiver | 1,466,603.51 | 0.00 | 20,203.50 |

|  | Total to be paid for tardy general unsecured claims: | $ 20,203.50 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                           Case No. 11-17615-ERW
Kelsang Draggo                                                   Chapter 7
Tashi Keyzom
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhatch              Page 1 of 2              Date Rcvd: Mar 15, 2012
                              Form ID: pdf006           Total Noticed: 8
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2012.
db/jdb       +Kelsang Draggo,   Tashi Keyzom,   9244 Tripp Ave,   Skokie, IL 60076-1635
17202362     +First Chicago Bank & Trusts,   Acct# 0130110388,   1145 N Arlington Heights Rd,
               Itasca, IL 60143-3171
17202359     +First Chicago Bank & Trusts,   Case# 09 CH 22438,   1145 N Arlington Heights Rd,
               Itasca, IL 60143-3171
17202360     +Lorne T Saeks Much Shelist Denenberg PC,   Case# 09 CH 22438,   191 N Wacker Dr, Ste 1800,
               Chicago, IL 60606-1631
18511102     +Northbrook Bank & Trust, Co., as successor in inte,   c/o Lorne Saeks & Scott David,
               Much Shelist, 191 N. Wacker Dr., #1800,   Chicago, IL 60606-1631
17202364     +RBS Citizens,   Case# 09 CH 11822,   1215 Superior Avenue,   Cleveland, Ohio 44114-3257
17202363    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,    Acct# 0000 0512 181 635,    PO Box 790179,
               St. Louis, MO 63179)
17202361     +Wells Fargo Bank,   Document# 0708111058,   100 S. Prospect, Suite 9,   Park Ridge, IL 60068-4057
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17202365    ##+Fisher and Shapiro LLC,   Case# 09 CH 11822,   4201 Lake Cook Rd,   Northbrook, IL 60062-1060
                                                                                            TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2012          Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: lhatch                Page 2 of 2                   Date Rcvd: Mar 15, 2012
                               Form ID: pdf006             Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2012 at the address(es) listed below:
          Ira Bodenstein   iratrustee@shawgussis.com, IL29@ecfcbis.com;sdelamora@shawgussis.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Peter C Bastianen   on behalf of Creditor  WELLS FARGO BANK, N.A. ND-Four@il.cslegal.com
          Yon S Choe   on behalf of Debtor Kelsang Draggo yonschoe@msn.com, yonschoe@msn.com
                                                                                                                                                        TOTAL: 4