# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: DRAGGO, KELSANG | § Case No. 11-17615 |
| KEYZOM, TASHI | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $492,962.00        Assets Exempt: $159,562.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,203.50     Claims Discharged
                                                Without Payment: $1,446,400.01

Total Expenses of Administration: $3,256.73

---

3) Total gross receipts of $ 23,460.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $23,460.23 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,256.73 | 3,256.73 | 3,256.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,466,603.51 | 1,466,603.51 | 20,203.50 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,469,860.24 | $1,469,860.24 | $23,460.23 |

4) This case was originally filed under Chapter 7 on April 26, 2011. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/13/2012            By: /s/Ira Bodenstein
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase Checking Account | 1129-000 | 3,180.47 |
| Chase Savings Account | 1129-000 | 2,335.03 |
| Chase Investment Account | 1129-000 | 17,944.18 |
| Interest Income | 1270-000 | 0.55 |
| **TOTAL GROSS RECEIPTS** | | **$23,460.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 3,096.02 | 3,096.02 | 3,096.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 42.72 | 42.72 | 42.72 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Scheduled | Asserted | Allowed |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 48.11 | 48.11 | 48.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 51.08 | 51.08 | 51.08 |
| International Sureties, Ltd | 2300-000 | N/A | 18.80 | 18.80 | 18.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,256.73 | $3,256.73 | $3,256.73 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Northbrook Bank & Trust, Co., successor to FDIC | 7200-000 | N/A | 1,466,603.51 | 1,466,603.51 | 20,203.50 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,466,603.51 | $1,466,603.51 | $20,203.50 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-17615  
**Case Name:** DRAGGO, KELSANG  
KEYZOM, TASHI  
**Period Ending:** 06/13/12

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 04/26/11 (f)  
**§341(a) Meeting Date:** 06/10/11  
**Claims Bar Date:** 02/01/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CASH ON HAND | 100.00 | 0.00 | DA | 0.00 | FA |
| 2 | Chase Checking Account | 3,350.50 | 3,180.47 | | 3,180.47 | FA |
| 3 | Chase Savings Account | 2,334.00 | 2,335.03 | | 2,335.03 | FA |
| 4 | Chase Investment Account | 18,853.00 | 17,944.18 | | 17,944.18 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | BOOKS AND ART OBJECTS | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | WEARING APPAREL (u) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | PENSION PLANS AND PROFIT SHARING | 151,012.00 | 0.00 | DA | 0.00 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES Prius | 14,400.00 | 2,565.00 | DA | 0.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES 4 Runner | 6,400.00 | 0.00 | DA | 0.00 | FA |
| 11 | Real Estate     Stay Relief granted 5/10/11 | 319,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.55 | Unknown |
| 12 | Assets   Totals (Excluding unknown values) | **$517,499.50** | **$26,024.68** | | **$23,460.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2012   **Current Projected Date Of Final Report (TFR):** June 30, 2012

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-17615　　　　　　　　　　　　　　**Trustee:** Ira Bodenstein (330129)
**Case Name:** DRAGGO, KELSANG　　　　　　　　　**Bank Name:** The Bank of New York Mellon
　　　　　　　　KEYZOM, TASHI　　　　　　　　　　　**Account:** 9200-******68-65 - Checking Account
**Taxpayer ID #:** **-***5857　　　　　　　　　　　　**Blanket Bond:** $5,000,000.00  (per case limit)
**Period Ending:** 06/13/12　　　　　　　　　　　　　**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/01/11 | {4} | JP Morgan Clearing Corp | Closed Chase investment account.....6090 | 1129-000 | 17,944.18 | | 17,944.18 |
| 11/07/11 | | JP Morgan Chase Bank NA | Closed checing account.....8791-$3180.47 | | 5,515.50 | | 23,459.68 |
| | | | Closed savings account.....5287-$2335.03 | | | | |
| | {2} | | 3,180.47 | 1129-000 | | | 23,459.68 |
| | {3} | | 2,335.03 | 1129-000 | | | 23,459.68 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 23,459.85 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.72 | 23,417.13 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,417.32 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.11 | 23,369.21 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,369.40 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 51.08 | 23,318.32 |
| 02/06/12 | 1001 | International Sureties,Ltd | Pro-rata portion of 2012 bond premium | 2300-000 | | 18.80 | 23,299.52 |
| 04/20/12 | 1002 | Northbrook Bank & Trust, Co., successor to FDIC receiver | Payment on Claim | 7200-000 | | 20,203.50 | 3,096.02 |
| 04/20/12 | 1003 | Ira Bodenstein | Payment on allowed compensation | 2100-000 | | 3,096.02 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 23,460.23 | 23,460.23 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 23,460.23 | 23,460.23 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$23,460.23** | **$23,460.23** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******68-65** | 23,460.23 | 23,460.23 | 0.00 |
| | $23,460.23 | $23,460.23 | $0.00 |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 06/13/2012 04:10 PM　　V.13.02